UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RLF International, Inc., dba
South American Woods,

        Plaintiff,

vs.                                                  Cv. 03-1048 HA

Casablanca, S.A., a Chilean          ORDER OF DISMISSAL
corporation,

        Defendant.

    Based upon the record,

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

    Dated this    3    day of March, 2006.

                                          /s/Ancer L.Haggerty
                                        ANCER L.HAGGERTY
                                        U. S. District Judge